**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: June 18, 2010**

_____


| | | |
|---|---|---|
| **2010** | UNITED STATES BANKRUPTCY COURT | |
| | SOUTHERN DISTRICT OF OHIO | |
| | WESTERN DIVISION | |

IN RE:                              :         CASE NO. 09-16262

HARRY C. AUEL, JR.      :         CHAPTER 13

    DEBTOR                  :         JUDGE HOPKINS

                                           :         **ORDER GRANTING MOTION**
                                                 **TO VALUATE AND AVOID LIEN**
                                           :         **OF HOMECOMINGS FINANCIAL**

      This matter is before the Court upon the Motion to Valuate and Avoid Lien of Creditor Homecomings Financial (Doc. 49).

      For good cause shown, and there being no objections file, the Court GRANTS the Motion to Valuate and Avoid Lien of Creditor Homecomings Financial.

      IT IS ORDERED that Homecomings Financials lien is hereby avoided, that Homecomings Financial is ORDERED to cause cancellation of said lien filed in the Clermont County Court and/or Clermont County Recorder on real estate located at 1742 Clough Pike, Batavia, OH 45103.

      **IT IS SO ORDERED.**

Served Upon:

Default List

Homecomings Financial
2711 N. Haskell
Suite 1000
Dallas, TX  75204

###